# FELONY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

### INDICTMENT FOR REENTRY OF REMOVED ALIEN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 17-80 |
| v. | * | SECTION: SECT. A MAG. 1 |
| ADOLFO BOLANOS-BONIFACIO | * | VIOLATION: 8 U.S.C. § 1326(a) |
| | * | |

\* \* \*

The Grand Jury charges that:

### COUNT 1

On or about April 20, 2017, in the Eastern District of Louisiana, the defendant, **ADOLFO BOLANOS-BONIFACIO**, an alien, was found in the United States after having been deported and removed therefrom on August 20, 2015, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, as provided for in Title 6, United States Code, Section 202(3) and (4), and 557, having

```
X  Fee____USA_____
___ Process_____
X  Dkid_____
___ CtRmDep_____
___ Doc. No._____
```

expressly consented to the defendant's reapplication for admission into the United States; all in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL:



FOREPERSON

DUANE A. EVANS
ACTING UNITED STATES ATTORNEY

JON M. MAESTRI
Assistant United States Attorney
La. Bar Roll Number 24838

New Orleans, Louisiana
April 27, 2017

FORM OBD-34

No._____

# UNITED STATES DISTRICT COURT

Eastern _____ District of _____ Louisiana

_____ Criminal _____ Division

## THE UNITED STATES OF AMERICA

vs.

## ADOLFO BOLANOS-BONIFACIO

# INDICTMENT

### INDICTMENT FOR REENTRY OF REMOVED ALIEN

VIOLATION: Title 8, U.S.C., Section 1326(a)

_A true bill._

_Foreperson_

_Filed in open court this_ _____ _day of_ _____ A.D. 2017.

_____

_Clerk_

Bail, $ _____

_____

JON M. MAESTRI
Assistant United States Attorney